UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON PAUL HEINZE,<br><br>                 Petitioner,<br><br>   v.<br><br>PAM SONNEN,[1]<br><br>                 Respondent. | Case No. 1:11-CV-00180-EJL<br><br>**JUDGMENT** |

     In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED:  **November 7, 2011**

Honorable Edward J. Lodge
U. S. District Judge

---

    [1] Petitioner is currently housed at Southern Idaho Correctional Center (SICI). Accordingly, the Court substitutes SICI Warden Pam Sonnen as respondent in this case. Failure to name a proper respondent in a habeas corpus case deprives the court of personal jurisdiction over the matter. *Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994) (a petitioner's failure to name the appropriate respondent deprives the court of personal jurisdiction). The "State of Idaho" and "Ada County" are not a proper respondents in a habeas corpus action. *See Smith v. Idaho*, 383 F.3d 934, 937 (9th Cir. 2004).

**MEMORANDUM DECISION AND ORDER - 1**